Andy Richard MILLER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46208.

Missouri Court of Appeals,
Western District.

Dec. 15, 1992.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Saleeby, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and SMART, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

Donald L. ROBERTS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46339.

Missouri Court of Appeals,
Western District.

Dec. 15, 1992.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

William Morris, Atty. Gen., and John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and SPINDEN, JJ.

ORDER

PER CURIAM.

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief, without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).